## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| TIMOTHY WILLIAMS, ERIK MCLEROY, ANDREW ATTAWAY AND JUSTIN COTA, )<br><br>Plaintiff, )<br><br>v. )<br><br>PRIME ENERGY SERVICES AND ROBERT JOSEPH SHAW, INC., )<br><br>Defendant. ) | CIVIL ACTION FILE<br>NO. 1:17-CV-01849-LMM |

### AMENDED NOTICE OF SUBSTITUTION OF COUNSEL

Defendants Prime Energy Services, Inc. and Robert Joseph Shaw show John Raymond Burdges of the Law Office of John R. Burdges, Suite 130, 1305 Mall of Georgia Boulevard, Buford, Georgia 30519 is withdrawing as counsel of record for Defendants and that Charles L. Bachman, Jr. and William P. Miles, Jr. of the law firm of Gregory, Doyle, Calhoun & Rogers, LLC, 49 Atlanta Street, Marietta, Georgia, 30060 is substituted as Counsel of Record for Defendant. Defendants and their prior counsel (Mr. Burdges) both consent to this substitution of counsel.[1]

Respectfully submitted this 12th day of March, 2018.

---

[1] At the Court's request, this Notice of Substitution of Counsel is being amended to reflect that Defendants and their prior counsel consent to this substitution of counsel.

/s/John Raymond Burdges
John Raymond Burdges
Georgia Bar No. 094985
LAW OFFICE OF JOHN RAYMOND
BURDGES
Suite 130
1305 Mall of Georgia Boulevard
Buford, Georgia 30519
Telephone: (770) 317-5640
Fax: (770) 614-6415
burdges@mindspring.com

/s/ Robert Joseph Shaw
Defendant

/s/  Charles L. Bachman, Jr.
/s/  William P. Miles, Jr.
Charles L. Bachman, Jr.
Georgia Bar No. 030545
William P. Miles, Jr.
Georgia Bar No. 505828

GREGORY, DOYLE,
CALHOUN & ROGERS, LLC
Attorneys for Defendants
49 Atlanta Street
Marietta, GA 30060
Telephone: (770) 422-1776
Fax:  (770) 426-6155
cbachman@gregorydoylefirm.com
wmiles@gregorydoylefirm.com

## <u>CERTIFICATE OF COMPLIANCE</u>

This is to certify that **AMENDED NOTICE OF SUBSTITUTION OF**

**COUNSEL** has been prepared using Times New Roman font, 14 point type, which

is one of the font and print selections approved by the Court in L.R. 5.1B.

This 12th day of March, 2018.

**GREGORY DOYLE, CALHOUN
& ROGERS, LLC**
Attorneys for Defendants

<u>/s/ William P. Miles, Jr.</u>
William P. Miles, Jr.
Georgia Bar No. 505828

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

TIMOTHY WILLIAMS, ERIK )
MCLEROY, ANDREW ATTAWAY )
AND JUSTIN COTA, )
  )
        Plaintiff, )
  )
v. )   CIVIL ACTION FILE
  )   NO. 1:17-CV-01489-LMM
PRIME ENERGY SERVICES AND )
ROBERT JOSEPH SHAW, INC., )
  )
        Defendant. )

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of March 2018, I electronically filed the foregoing **AMENDED NOTICE OF SUBSTITUTION OF COUNSEL** with the Clerk of the Court using CM/ECF, which will automatically send e-mail notification to all counsel of record.

**GREGORY DOYLE, CALHOUN**
**& ROGERS, LLC**
Attorneys for Defendants

/s/William P. Miles
Georgia Bar No. 505828